# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 12-1154                                          September Term, 2012

SEC-Rel34-66165

**Filed On: June 3, 2013** [1438943]

NetCoalition and Securities Industry and
Financial Markets Association,

      Petitioners

  v.

Securities and Exchange Commission,

      Respondent

## O R D E R

Upon consideration of the stipulation for dismissal of this petition for review, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:    /s/
                Mark A. Butler
                Deputy Clerk